889 A.2d 500

**Joseph BUONCUORE, Sr., Appellant**

v.

**PENNSYLVANIA GAME COMMISSION, Vernon R. Ross, Executive Director P.G.C., William R. Pouss, Chief Counsel P.G.C., Thomas R. Littwin, Hearing Officer P.G.C., Appellees.**

Supreme Court of Pennsylvania.

Dec. 27, 2005.

*ORDER*

PER CURIAM.

**AND NOW,** this 27th day of December, 2005, it is hereby ordered that the Order of the Commonwealth Court is affirmed.